# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-1911

———————

S. Keith Curran; Rhonda Curran,   *

  *

     Appellants,   *

  *  Appeal from the United States

    v.   *  District Court for the Western

  *  District of Arkansas.

Washington Mutual Bank, F.A.,   *

  *     [PUBLISHED]

     Appellee.   *

———————

Submitted: November 17, 2006
Filed: December 18, 2006

———————

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

———————

PER CURIAM.

The plaintiffs appeal a judgment entered against them by the district court[1] in their action under the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605(e). They claimed that RESPA prohibits charging fees for providing mortgagees with payoff statements. We rejected an identical claim in *Watt v. GMAC Mortgage Corp.*, 457 F.3d 781 (2006), and we therefore reject the present claim.

Affirmed.

———————————————

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.